Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
MAY 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:    CLERK, U.S. BANKRUPTCY COURT

Re:    UNDISTRIBUTED FUNDS

Debtor:    VICKIE DEMETRIA DUKE
           44835 5TH STREET
           LANCASTER, CA 93535

Case No.:    SV07-14264-GM

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| VICKIE DEMETRIA DUKE<br>44835 5TH STREET<br>LANCASTER, CA 93535 | $232.20 |

Dated:  April 29, 2011                          _Elizabeth J Rojas_
                                                Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0829665
Check Date: 04/20/2011
Check Amt: 232.20

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0714264 | Claim #: 00000 | VICKIE DEMETRIA DUKE | | 0.00 | 0.00 | 232.20 | 232.20 |
| | | TOTALS | | 0.00 | 0.00 | 232.20 | 232.20 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 20, 2011
CHECK NO.: 0829665

CHECK AMOUNT
$********232.20

VOID AFTER 60 DAYS

DUKE, VICKIE DEMETRIA

Case No: 0714264

PAY ONLY  **232.20**
TWO THREE TWO PERIOD TWO ZERO

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $232.20

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0829665⑈ ⑆122044300⑆ 001⑈111690⑈